No. 79–5040. O'SUCH v. WOLFF, PRISONS DIRECTOR. Sup. Ct. Nev. Certiorari denied.

No. 79–5048. LACOSTE v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 79–5055. STRAHAN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–5176. COLE v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 79–5177. MORALES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–5196. JOHNSON v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 79–5216. ABRAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5230. VEGA v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 79–5234. GOLDFELD v. HENDERSON, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5243. ESTRADA v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 79–5257. CARLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5272. PESCI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–5277. MEZA-VILLARELLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.